## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**CYNTHIA D. TRIMBLE**                                                                                     **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO.: 1:20-cv-00019-SA-RP**

**VERTEX AEROSPACE, LLC**                                                  **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 21st day of December, 2020.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

*/s/ Ron L. Woodruff*                      */s/ H. David Clark, III*
Ron L. Woodruff                           H. David Clark, III

***ATTORNEY FOR PLAINTIFF***         ***ATTORNEY FOR DEFENDANT***